DAVID J. GRECH
DGRECH@GRSM.COM



**MEMO ENDORSED**

ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

October 8, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: October 8, 2024

<u>**VIA ECF**</u>
The Honorable Ona T. Wang, U.S.M.J.
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

       Re:     *Symotyuk-Knoll v. HealthEquity, Inc. et al.*
             Case No.: 1:21-cv-08348-ALC-OTW

Dear Judge Wang:

     We represent defendants HealthEquity, Inc. and WageWorks, Inc. in this case. Pursuant to Your Honor's Order, dated August 29, 2024 (ECF No. 57), the parties file this joint status letter concerning their mediation.

     The parties engaged in a private mediation session on October 1, 2024. At the conclusion of the mediation session, the parties exchanged proposals for resolution. Counsel for the parties engaged in further direct communications on October 4, 2024, where a further proposal for resolution was discussed. That proposal remains under consideration by the parties. Counsel for both sides believe that the proposal is reasonable under the circumstances and expect the parties to confirm.

     Thus, the parties jointly and respectfully request that the stay of this case be extended from October 8, 2024 through November 8, 2024 to allow the parties time to conclude their discussions and to hopefully memorialize their agreement. This is the first request for an extension of the stay of this case since the parties have participated in mediation, and similar previous requests have been granted.

     We thank the Court for its attention to this matter and are available at the Court's convenience, should it have any questions.

                                              Respectfully submitted,

                                              GORDON REES SCULLY MANSUKHANI, LLP

                                              */s/ David J. Grech*

cc:    All Attorneys of Record (via ECF)

SO ORDERED:
*[signature]*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

October 8, 2024
New York, NY